**Order entered January 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00961-CV

**THE CITY OF DALLAS, Appellant**

**V.**

**WILLIAM CLINTON FREEMAN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00805-C**

## ORDER

Before the Court is appellant's January 2, 2019 unopposed motion for an extension of time to file its reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief be filed by **January 28, 2019**.

/s/     BILL WHITEHILL
          JUSTICE